RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for: FAVIOLA GONZALEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAVIOLA GONZALEZ,<br><br>Defendant. | Case No.: 2:12-cr-197-GMN-GWF<br><br>**STIPULATION TO CONTINUE THE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and MONIQUE KIRTLEY, Assistant Federal Public Defender, counsel for FAVIOLA GONZALEZ, that the revocation hearing scheduled on Tuesday, August 25, 2015 at 9:30 a.m., be vacated and be continued to a date and time convenient to the Court. ~~in conjunction with the currently set trial date of Tuesday October 6, 2015 at 9:00 a.m.~~

   This Stipulation is entered into for the following reasons:

   1.   The defendant is in custody but does not oppose the continuance.

   2.   The defendant has a new criminal case pending 2:15-cr-229-HDM-NJK, the charges of which are inextricably linked to the allegations in the petition.

///.

3. Counsel needs additional time to meet with the client, review the discovery and investigate the allegations in the petition.

This is the first request for a continuance of the revocation hearing.

DATED : August 24, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
| By: /s/ Monique Kirtley<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By:  /s/ Phillip N. Smith, Jr.<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FAVIOLA GONZALEZ,<br><br>　　　　Defendant | Case No.: 2:12-cr-197-GMN-GWF<br><br>ORDER |

**ORDER**

The best interest of justice being served and all parties being in agreement:

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 25, 2015 at 9:30 a.m., be vacated and continued to **Tuesday, September 15, 2015** at the hour of **9:00 a.m. in Courtroom 7D.**

**DATED** this 24th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

3